

| | | |
|---|---|---|
| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Deborah L. Mbabazi<br>*Special Assistant Corporation Counsel*<br>(212) 356-2404<br>(212) 356-3509 (fax)<br>dmbabazi@law.nyc.gov |

May 7, 2014

**VIA ECF**
Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>Marvin Pickett v. City of New York, et al.</u>, 13 CV5722 (PKC)(JO)

Your Honor:

    As counsel for defendant in the above-referenced action, I write to inform the Court that the parties have reached a settlement. In connection therewith, I enclose a fully-executed STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL to be so ordered by Your Honor. We respectfully request that Your Honor endorse the enclosed STIPULATION.

    We thank the Court for its time and attention to this request.

                Respectfully submitted,

                /s/
                Deborah L. Mbabazi
                Special Assistant Corporation
                Counsel
                Special Federal Litigation Division

Encl.

cc:  Honorable James Orenstein (Via ECF)

cc:  Robert Marinelli, Esq. (Via ECF)
    *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MARVIN PICKETT,

                              Plaintiff,

-against-

CITY OF NEW YORK; Police Officer SAUL MOLINA, Tax No. 17087; and JOHN and JANE DOE 1 through 10, individually and in their official capacities (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                              Defendants.
------------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL**

13 CV 5722 (PKC)(JO)

       **WHEREAS**, the parties have reached a settlement agreement on April 9, 2014, and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

1. The above-referenced action is hereby dismissed with prejudice as against all parties; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

<div style="display:flex">
<div>

Robert Marinelli, Esq.
*Attorney for Plaintif*
299 Broadway, Ste. 1501
New York, NY 10007


_____
Robert Marinelli, Esq.
*Attorney for Plaintiff*


Dated: New York, New York
       MAY _____, 2014

</div>
<div>

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendants City of New York,
and Saul Molina*
100 Church Street
New York, New York 10007


_____
Deborah L. Mbabazi
*Special Assistant Corporation Counsel*


SO ORDERED:


_____
HON. PAMELA K. CHEN
UNITED STATES DISTRICT JUDGE

</div>
</div>

2